*Currently in Custody.*

**William Sullins #T061894**
Name and Prisoner/Booking Number

Durango Jail
Place of Confinement

3225 W. Gibson
Mailing Address

Phoenix, AZ  85009
City, State, Zip Code

FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAY 0 9 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**William Sullins #T061894**,
(Full Name of Plaintiff)
         Plaintiff,

vs.

(1) **Joseph M. Arpaio**,
(Full Name of Defendant)
(2) **MCSO (Maricopa County Sheriff's Office)**
(3) **Durango Jail Facility**
(4) **State of Arizona**,
         Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-14-00998-PHX-PGR--SPL**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: **Graves (vs) Arpaio**

2. Institution/city where violation occurred: **Maricopa County Durango Jail**

Revised 5/1/2013                                                      1                                                      **550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Joseph M. Arpaio__. The first Defendant is employed as: __Sheriff__ at __Maricopa County Sheriff's Office And Jail__.
   (Position and Title) _____ (Institution)

2. Name of second Defendant: __MCSO__. The second Defendant is employed as: __Sheriffs__ at __Maricopa County Sheriffs Office__.
   (Position and Title) _____ (Institution)

3. Name of third Defendant: __Durango Jail Facility__. The third Defendant is employed as: __Sheriffs Office__ at __Maricopa County Sheriffs Office__.
   (Position and Title) _____ (Institution)

4. Name of fourth Defendant: __State of Arizona__. The fourth Defendant is employed as: __State funded Institutions__ at __Maricopa County Sheriffs Office And Jail__.
   (Position and Title) _____ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Heating/Cooling/Air Ventilation/Unfit Quality/Unclean Environment/Medical.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Basic Needs/Threat

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - Air Conditioning is always on and under 67°, no matter what the temperature.
   - Improper air ventilation/mold
   - Filthy and unclean ductwork (Including Bathrooms)
   - Asbestos in buildings and ceilings.
   - Won't provide extra blanket or clothes.
   - Uncomfortable at all times.
   - Guards neglectfull, continuation of breathing-in harmfull environmental air.
   - Rusting tables freezing cold.
   - Won't turn heat on/officers always wearing jackets
   - Flu, cold, caught, Air Born Viruses, allergic reactions
   - Untold amount of sicknesses/diseases that are irrational
   - Requested help/assistance neglected on almost all occasions.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Sickness, pain, coughing, loss of sleep, irregular bowell movements, bodyaches, P.T.S.S., Staff Infections, headaches, future effects unknown, Asbestos' effects

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  I was denied by officers and referred to the next shift. No Admin relief

## COUNT II

1. State the constitutional or other federal civil right that was violated: __4 men in a cell, Holding cells abnormally crowded, forgotten in tanks.__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Basic Needs / Threat__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - Cells are cluttered close together / Bunks cluttered.
   - Placed next to inmates that needed Infirmary treatment.
   - Feces and urine; subjected to harmfull and infectious environment, with no abilities to clean.
   - Hit head + Body when getting out of bed.
   - Staff infections spreading at abnormal rates, in holding cells
   - Rusted bunks, unclean, germ spread in cell's/bunks
   - No personal hiegene space, overflow too many sick inmates
   - Unfair living conditions, 4th Ave / Durango Jail
   - 64 men to 2 Toilets, 2 Showers, 1 urinal Durango.
   - tables, chairs are rusted Durango, 4th Ave.
   - too many inmates in holding tanks, etc., literally touching elbows.
   - unsanitary conditions throughout entire facility
   - Even medical holding tanks unsanitary, crowded
   - Was not given a Bed or Blanket till after 48 hours of constant holding tank advancements, moves from the initial booking procedure.
   - Was not given free phone call, neglected on rights

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). __Loss of sleep, stress, Bodily sickness and injury, staff infection, P.T.S.D, Long term effects unknown, headaches, hunger, Depression.__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Officers referred me to next shift, unavailable.__

# COUNT III

1. State the constitutional or other federal civil right that was violated: __Food/nutrition/Canteen/medical__.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Basic Needs/Med Care__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   - under 2000 calories served per day / only two meals
   - moldy bread
   - expired jelly / milk w/ breakfast
   - loss of food during transport
   - mysterious objects inside food (bugs, rocks, etc.) in slop
   - rotten fruit / molded food
   - malnutrition
   - nothing to drink with dinner
   - water from sink unfiltered, dirty, same as hand washing, toilet water
   - shortage of items on canteen, charged but not received
   - not enough portions of food
   - Denied Mental Health for over 35 days, delayed treatment
   - Needed psych medication immediately upon booking, was over a month and a half before receiving medication

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). __Loss of weight, no energy, malnutrition, loss of vitamins and minerals, get sick easily, infections, stomach aches, improper bowel movements in stool, headaches.__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Guard referred to next shift, won't help.__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I, William Sullins, #T061894, am seeking the MAX (or) $330/per day of incarceration within the Maricopa County Sherriffs Office, when and where else they forcibly housed me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-21-14__
DATE

_____
SIGNATURE OF PLAINTIFF

__PRO-se__
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

## CERTIFICATION

I hereby certify that on this date      6 May 2014

I ____ filed  √  mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona

____ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ _____

____ _____

____ _____

INMATE LEGAL SERVICES
Maricopa County, Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                 06/02/08